# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143001

ARTHUR LAUDERDALE,
      Plaintiff,

v

    SC:   143001
    AGC:  0179/08

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____

      On order of the Chief Justice, it appearing that the Attorney Grievance Commission has re-opened the investigative file which is the subject of the complaint, the complaint for superintending control is DISMISSED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2011                                                        
                                                Clerk